UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | | |
|---|---|---|---|
| In Re: | | Case No.: | 20-15808 |
| BURCHILL, KIMBERLY | | Chapter: | 7 |
| | | Judge: | KCF |

**NOTICE OF PROPOSED ABANDONMENT**

Thomas J. Orr, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
>
> Clarkson S. Fisher US Courthouse
> 402 East State Street
> Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Kathryn C. Ferguson on July 7, 2020 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 2. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:
>
> Real Estate at:  462 CHAMPLAIN STREET, TOMS RIVER, NJ
> The debtor(s) purchased the property in 2017 for $210,000. The property is valued at $213,333 based upon a Comparative Market Analysis.

> Liens on property:
>
> QUICKEN LOANS - $193,329.12

> Amount of equity claimed as exempt:
>
> $21,611.44

Objections must be served on, and requests for additional information directed to:

| | |
|---|---|
| Name: | /s/Thomas J. Orr, Trustee |
| Address: | 321 High Street, Burlington, NJ 08016 |
| Phone number: | (609)386-8700 |

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                   Case No. 20-15808-KCF
Kimberly Burchill                                                                        Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                Page 1 of 2              Date Rcvd: Jun 05, 2020
                              Form ID: pdf905            Total Noticed: 62

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 07, 2020.
```
db            +Kimberly Burchill,    462 Champlain Street,    Toms River, NJ 08757-2552
518810896     +Care Credit/Synchrony Bank,    c/o Selip & Stylianou, LLP,    10 Forest Ave., Ste. 300,
               Paramus, NJ 07652-5238
518810901     +Citibank North America,    Po Box 6497,    Sioux Falls, SD 57117-6497
518810902     +Citibank/The Home Depot,    c/o Citicorp Credit Srvs,    Attn: Centralized Bk dept,
               Po Box 790034,    St Louis, MO 63179-0034
518810909     +First PREMIER Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
518810908     +First PREMIER Bank,    Attn: Bankruptcy,    Po Box 5524,    Sioux Falls, SD 57117-5524
518810910      First PREMIER Bank,    PO Box 5529,    Sioux Falls, SD 57117-5529
518810922     +New Century Financial,    c/o Pressler & Pressler, L.L.P.,    7 Entin Road,
               Parsippany, NJ 07054-5020
518810923      New Jersey E-ZPass,    c/o PAM, LLC,    PO Box 1520,    Milwaukee, WI 53201-1520
518810925     +Ocean County Superior Court,    Special Civil Part - DC-000766-20,    118 Washington Street,
               Toms River, NJ 08753-7626
518810926     +Ocean County Superior Court,    Special Civil Part - SC-000275-20,    118 Washington Street,
               Toms River, NJ 08753-7626
518810929     +Providian,    co New Century Financial,    110 S Jefferson Rd,    Whippany, NJ 07981-1038
518810928     +Providian,    c/o Pressler & Pressler, L.L.P.,    7 Entin Road,    Parsippany, NJ 07054-5020
518810935      TD Bank NA,    PO Box 100290,    Columbia, SC 29202-3290
518810936     +TD Bank, N.A.,    c/o Admin Recovery LLC,    6225 Sheridan Dr.,    Ste. 118,
               Buffalo, NY 14221-4800
518810933     +Target,    Po Box 673,    Minneapolis, MN 55440-0673
518810932     +Target,    c/o Financial & Retail Srvs,    Mailstop BT POB 9475,    Minneapolis, MN 55440-9475
518810934      Target Card Services,    PO Box 660170,    Dallas, TX 75266-0170
518810939     +The Home Depot,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
518810938     +The Home Depot,    c/o Citibank,    Po Box 6497,    Sioux Falls, SD 57117-6497
518810941     +US Bank National,    co RAS Cintron,    130 Clinton Road Suite 202,    Fairfield, NJ 07004-2927
518810940      US Bank National,    4801 Frederica Street,    Owensboro, KY 42301-7441
518810945      Wawa Credit Card,    PO Box 9001101,    Louisville, KY 40290-1101
518810946     +Wawa Credit/Citibank North America,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
               St Louis, MO 63179-0034
518810947     +Wells Fargo Bank NA,    po bOX 71118,    Charlotte, NC 28272-1118
518810949     +Wf/Fmg,    Po Box 14517,    Des Moines, IA 50306-3517
518810948     +Wf/Fmg,    Attn: Bankruptcy,    Po Box 10438 Mac F8235-02f,    Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 06 2020 03:09:56      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 06 2020 03:09:50      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
518810893     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 06 2020 03:12:41      Capital One,
               Po Box 30281,    Salt Lake City, UT 84130-0281
518810892     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 06 2020 03:15:27      Capital One,
               Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518810895     +E-mail/PDF: gecsedi@recoverycorp.com Jun 06 2020 03:13:40      Care Credit,    c/o Synchrony Bank,
               Attn: Bankruptcy Dept,    Po Box 965064,    Orlando, FL 32896-5064
518810894     +E-mail/PDF: gecsedi@recoverycorp.com Jun 06 2020 03:12:18      Care Credit,    c/o Synchrony Bank,
               Po Box 965036,    Orlando, FL 32896-5036
518810897      E-mail/PDF: gecsedi@recoverycorp.com Jun 06 2020 03:12:19      CareCredit,    c/o Synchrony Bank,
               P.O. Box 960061,    Orlando, FL 32896-0061
518810904     +E-mail/PDF: creditonebknotifications@resurgent.com Jun 06 2020 03:13:52      Credit One Bank,
               Po Box 98872,    Las Vegas, NV 89193-8872
518810903     +E-mail/PDF: creditonebknotifications@resurgent.com Jun 06 2020 03:12:31      Credit One Bank,
               Attn: Bankruptcy Department,    Po Box 98873,    Las Vegas, NV 89193-8873
518810905     +E-mail/Text: bankruptcy@dividendfinance.com Jun 06 2020 03:06:51      Dividend Sol,
               3661 Buchanan Street,    San Francisco, CA 94123-1788
518810906     +E-mail/Text: e.salmons@doveroilcompany.com Jun 06 2020 03:09:58      Dover Oil Co., Inc.,
               239 Dover Rd.,    Toms River, NJ 08757-5142
518810907     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 06 2020 03:13:48
               Fashion Bug/World Financial Network Ntl,    c/o Portfolio Recovery Assoc., LLC,    PO Box 12914,
               Norfolk, VA 23541-0914
518810898      E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 06 2020 03:12:21      Chase Card Services,
               Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850
518810900      E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 06 2020 03:12:19      Chase Card Services,
               PO Box 15548,    Wilmington, DE 19886-5548
518810899      E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 06 2020 03:13:40      Chase Card Services,
               Po Box 15369,    Wilmington, DE 19850
518810927      E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 06 2020 03:12:20      Providian,
               Payment Processing,    P.O. Box 9539,    Manchester, NH 03108
518810911     +E-mail/Text: bncnotices@becket-lee.com Jun 06 2020 03:09:05      Kohls,    c/o Capital One,
               Attn: Credit Administrator,    Po Box 3043,    Milwaukee, WI 53201-3043
518810912     +E-mail/Text: bncnotices@becket-lee.com Jun 06 2020 03:09:05      Kohls,    c/o Capital One,
               Po Box 3115,    Milwaukee, WI 53201-3115
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jun 05, 2020
                              Form ID: pdf905          Total Noticed: 62
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
518810915      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 06 2020 03:09:39     Lane Bryant,
               PO Box 659728,    San Antonio, TX 78265-9728
518810913     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 06 2020 03:09:40     Lane Bryant,
               c/o Comenity Bank,   Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
518810914     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 06 2020 03:09:40     Lane Bryant,
               c/o Comenity Bank,   Po Box 182789,    Columbus, OH 43218-2789
518810916      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 06 2020 03:09:40     Lane Bryant Retail,
               c/o Comenity,    PO Box 659728,    San Antonio, TX 78265-9728
518810918      E-mail/PDF: gecsedi@recoverycorp.com Jun 06 2020 03:12:18     Lowe's,   c/o Synchrony Bank,
               PO Box 530914,   Atlanta, GA 30353-0914
518810917      E-mail/PDF: gecsedi@recoverycorp.com Jun 06 2020 03:12:18     Lowe's,   PO Box 530914,
               Atlanta, GA 30353-0914
518810919     +E-mail/PDF: gecsedi@recoverycorp.com Jun 06 2020 03:15:02     Lowes,   c/o Synchrony Bank,
               Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
518810920     +E-mail/PDF: gecsedi@recoverycorp.com Jun 06 2020 03:13:40     Lowes,   c/o Synchrony Bank,
               Po Box 956005,   Orlando, FL 32896-0001
518810921      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 06 2020 03:09:40     My Bj's Perks Mastercard,
               c/o Comenity,    PO Box 659834,    San Antonio, TX 78265-9134
518810924      E-mail/Text: Jerry.Bogar@conduent.com Jun 06 2020 03:11:25     New Jersey E-ZPass,
               Violation Processing Center,   PO Box 52005,    Newark, NJ 07101-8205
518810930     +E-mail/Text: bankruptcyteam@quickenloans.com Jun 06 2020 03:10:29     Quicken Loans,
               Attn: Bankruptcy,   1050 Woodward Avenue,    Detroit, MI 48226-1906
518810931     +E-mail/Text: bankruptcyteam@quickenloans.com Jun 06 2020 03:10:29     Quicken Loans,
               1050 Woodward Ave,   Detroit, MI 48226-1906
518811760     +E-mail/PDF: gecsedi@recoverycorp.com Jun 06 2020 03:12:22     Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518810937      E-mail/Text: bankruptcy@td.com Jun 06 2020 03:09:59     TD Bank, N.A.,   32 Chestnut Street,
               Po Box 1377,   Lewiston, ME 04243
518810943     +E-mail/PDF: gecsedi@recoverycorp.com Jun 06 2020 03:15:02     Walmart,   c/o Synchrony Bank,
               Po Box 965024,   Orlando, FL 32896-5024
518810944     +E-mail/PDF: gecsedi@recoverycorp.com Jun 06 2020 03:12:19     Walmart,   P.O. Box 530927,
               Atlanta, GA 30353-0927
518810942     +E-mail/PDF: gecsedi@recoverycorp.com Jun 06 2020 03:15:02     Walmart,   c/o Synchrony Bank,
               Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
                                                                                            TOTAL: 35

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2020                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2020 at the address(es) listed below:
```
          Denise E. Carlon    on behalf of Creditor    Quicken Loans, LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Thomas   Orr    tom@torrlaw.com, Torr@ecf.axosfs.com
          Thomas   Orr    on behalf of Trustee Thomas   Orr tom@torrlaw.com, Torr@ecf.axosfs.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William H. Oliver, Jr.   on behalf of Debtor Kimberly   Burchill courtdocs@oliverandlegg.com,
           R59915@notify.bestcase.com
                                                                                            TOTAL: 5
```